McMahon, J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

GUY CARPENTER & COMPANY, LLC,

                Plaintiff,

    v.

LOCKTON RE, LP, LOCKTON INSURANCE
AGENCY, INC., ZEPHYR INSURANCE
COMPANY and SAFE HARBOR INSURANCE
COMPANY,

                Defendants.
---------------------------------------------------------x

CIVIL ACTION NO.
10-CIV-4932 (CM)(KNF)

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

WHEREAS, the above-captioned matter (the "Action") having been settled among the parties:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties herein, that each and every claim and counterclaim in the Action is hereby dismissed with prejudice and without costs pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: December 28, 2010
New York, New York

HOGAN LOVELLS US LLP

By: /s/ Kevin Baumann
Pieter Van Tol (PVT2453)
Kevin T. Baumann (KB1982)

875 Third Avenue
New York, New York 10022
Tel.: 212-918-3000
Fax: 212-909-3100
Pieter.vantol@hoganlovells.com
Kevin.baumann@hoganlovells.com

*Attorneys for Plaintiff Guy Carpenter & Company, LLC*

HARGRAVES MCCONNELL & COSTIGAN, P.C.

By: /s/ Daniel Hargraves
Daniel Hargraves (DH3698)

The Holmsley Building
230 Park Avenue, Suite 630
New York, New York 10169
Tel.: 212-218-8760
Fax: 212-218-8761
dhargraves@hm-law.com

*Attorneys for Defendants Lockton Re, LP and Lockton Insurance Agency, Inc.*

SULLIVAN & WORCESTER LLP

By: /s/ George O. Richardson
George O. Richardson, III (GR9817)

1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-660-3000
Fax: 212-660-3001
grichardson@sandw.com

*Attorneys for Defendants Zephyr Insurance Co. and Safe Harbor Insurance Co.*

SO ORDERED:

/s/ Colleen McMahon
U.S.D.J.

CM 1-3-2011